# Third District Court of Appeal
## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1389
Lower Tribunal No. 93-10518B

_____

**Damon Peterson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Veronica A. Diaz, Judge.

Daniel J. Tibbitt, P.A., and Daniel Tibbitt, for appellant.

Ashley Moody, Attorney General, and Linda Katz, Assistant Attorney General, for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Franklin v. State, 258 So. 3d 1239, 1241 (Fla. 2018), *cert. denied sub nom*. Franklin v. Florida, 139 S. Ct. 2646 (2019); State v. Michel, 257 So. 3d 3 (Fla. 2018). See also Wright v. State, 308 So. 3d 119 (Fla. 3d DCA 2020); Adams v. State, 949 So. 2d 1125, 1126 (Fla. 3d DCA 2007); Melton v. State, 304 So. 3d 375 (Fla. 1st DCA 2020).